## VILLAGE OF RIDGEFIELD PARK ET AL. *v.* BERGEN COUNTY BOARD OF TAXATION ET AL.

No. 674. Decided April 3, 1961.

*William R. Morrison* for appellants.

*David D. Furman,* Attorney General of New Jersey, *Theodore I. Botter,* Assistant Attorney General, and *Milton T. Lasher* for appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed for want of a substantial federal question.